ARTHUR E. KNAPP et al., Respondents, *v.* WALTER FASBENDER, Individually, as Supervisor of the Town of Huntington, and as a Member of the Board of Trustees of Said Town, et al., Appellants, et al., Defendants. (Consolidated Action.)

Submitted January 14, 1952; decided January 17, 1952.

*E. Merritt Weidner* and *John C. Toaz* for motion.

No one opposed.

Motion granted, without costs.

In the Matter of COURT & REMSEN BUILDING CORP., Respondent. HILLARD POLLACK et al., Appellants.

Submitted January 14, 1952; decided January 17, 1952.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 303 N. Y. 358.]